UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | Case No. 3:11-00098 |
| vs. | ) | and 3:12-0143 |
| | ) | JUDGE HAYNES |
| GARY PITTS, JR. | ) | |
| DEFENDANT. | ) | |

**JOINT MOTION FOR SETTING OF SENTENCING HEARING**

Comes now the Defendant, Gary Pitts, Jr., by and through counsel, and with permission by the Assistant United States Attorney assigned to this case to make a joint motion, requests that this Honorable Court set the sentencing hearing in the above cases for the earliest possible date after March 10, 2014. The only dates that are incompatible for the undersigned defense counsel are March 20, 2014 and March 24, 2014.

Respectfully Submitted,

s/ *John E. Nicoll*

JOHN E. NICOLL, BPR #020228
The Nicoll Law Firm
Attorney for Defendant
112 Bainbridge Drive
Clarksville, TN 37043
931-378-5499

[Handwritten annotations: Order — The motion is GRANTED. Sentencing set for March 14, 2014 at 10:30 a.m. 2-10-14]